IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN JESUS BUENDIA-VILLALBO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-05866-FB |
| | § | |
| WARDEN, Karnes County Immigration Processing Center; *et al.*, | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT**

Before the Court is Petitioner's Unopposed Motion to Dismiss Without Prejudice (ECF No. 4), filed by Petitioner Juan Jesus Buendia-Villalbo on September 24, 2026. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Unopposed Motion to Dismiss Without Prejudice (ECF No. 4) is GRANTED such that the above-styled and numbered Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 25th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE